UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT JONES, an individual,<br><br>                       Plaintiff,<br><br>   v.<br><br>NEW CASEY'S, LLC, a Washington limited liability company, d/b/a TK Auto Sales, and TRAVELER'S INSURANCE COMPANY, its bonding agent, a Minnesota corporation,<br><br>                       Defendants. | NO:  2:16-CV-49-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Dismissal, ECF No. 11, and Errata at ECF No. 12.  Plaintiff filed the Errata to correct the Judge's signature page in the document.  Having reviewed the Notice, the Errata, and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiff's Errata to Notice of Dismissal, **ECF No. 12**, is **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this November 8, 2016.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2